United States District Court
Southern District of Texas
FILED

DEC 1 8 2003

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MICHAEL MEZMAR, § | |
|    Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-03-220 |
| § | |
| MERRILL LYNCH &CO., INC., § | |
|    Defendant § | |

### NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE

TO:   **Michelle Kerr** for Defendant Merrill Lynch & Co., Inc.
    Merrill Lynch Third Party Litigation
    1800 Merrill Lynch Drive, 2nd Floor,
    Pennington, New Jersey 08534.

A lawsuit has been commenced against the entity on whose behalf you are addressed. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Southern District of Texas and has been assigned docket number B-03-220.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date when this notice was sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court, and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except you will not be obligated to answer the complaint before 60 days from the date designated below as the date when this notice was sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require the party on whose behalf you are addressed to pay the full costs of formal service. In connection with that, please read the statement about the duty of parties to waive the service of summons, which is set forth on the enclosed waiver form.

I affirm that this request is being sent to you on behalf of Plaintiff Michael Mezmar on December 8, 2003.

THE ESPARZA LAW FIRM, P.C.

By: _____
VALERIE R. ESPARZA
State Bar No. 24002059
Southern Dist. ID No. 23621
P.O. Box 369
Harlingen, Texas 78551-0369
Tel.: 956.687.4900
Fax: 956.423.6556

**Attorney for Plaintiff Michael Mezmar**