United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL MEZMAR, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B–03–220 |
| | § | |
| MERRILL LYNCH, PIERCE, FENNER | § | |
| & SMITH INCORPORATED, | § | |
| Defendant | § | |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Federal Rules of Civil Procedure requiring disclosure of financially interested parties, Plaintiff files this his Certificate of Financially Interested Parties. The following is a list of all parties that are financially interested in the outcome of this litigation:

1. Michael Mezmar

2. Merrill Lynch, Pierce, Fenner& Smith Incorporated

SIGNED on the 12th day of February, 2004.

Respectfully Submitted,

THE ESPARZA LAW FIRM, P.C.

By: _____
VALERIE R. ESPARZA
State Bar No. 24002059
Southern Dist. ID No. 23621
P.O. Box 369
Harlingen, Texas 78551-0369
Tel.: 956.687.4900
Fax: 956.423.6556

Attorney for Plaintiff Michael Mezmar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on February 12, 2004, to the following:

Carole G. Miller
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

VALERIE R. ESPARZA