United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL MEZMAR, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NUMBER:** |
| | § | **B-03-220** |
| MERRILL LYNCH & CO., INC., | § | |
| | § | |
| **Defendant.** | § | |

### CORPORATE DISCLOSURE STATEMENT

Comes now Merrill Lynch, Pierce, Fenner & Smith Inc. ("Defendant") pursuant to

Rule 7.1 of the Federal Rules of Procedure and this Court's Order Setting Conference and

discloses the following corporate relationships:

1.   Merrill Lynch, Pierce, Fenner & Smith Inc. is a wholly owned subsidiary of

   Merrill Lynch & Company, Inc.

2.   Upon information and belief, there are no other publicly held corporations that

   own 10% or more of the stock of Defendant.

3.   Other entities affiliated with Defendant, include the following:

   a)   Merrill Lynch Life Agency Inc.
   b)   Merrill Lynch Professional Clearing Corp.
   c)   Merrill Lynch Capital Services, Inc.
   d)   Merrill Lynch Government Securities, Inc.
   e)   Merrill Lynch Money Markets Inc.
   f)   Merrill Lynch Group, Inc.
   g)   Merrill Lynch Investment Managers Group Limited
   h)   Merrill Lynch Investment Managers Holdings Limited
   i)   Merrill Lynch Investment Managers Limited
   j)   Merrill Lynch Investment Managers, L.P.
   k)   Merrill Lynch Alternative Investments LLC
   l)   Merrill Lynch Bank & Trust Co.

m)    ML Mortgage Holdings Inc.
n)    Financial Data Services, Inc.
o)    Merrill Lynch Insurance Group, Inc.
p)    Merrill Lynch Life Insurance Company
q)    ML Life Insurance Company of New York
r)    Roszel Advisors, LLC
s)    Merrill Lynch International Finance Corporation
t)    Merrill Lynch International Bank Limited
u)    Merrill Lynch Bank (Suisse) S.A.
v)    Merrill Lynch Group Holdings Limited
w)    Merrill Lynch Capital Markets Bank Limited
x)    Merrill Lynch Mortgage Capital Inc.
y)    Merrill Lynch Trust Company, FSB
z)    Merrill Lynch Fiduciary Services, Inc.
aa)    MLDP Holdings, Inc.
bb)    Merrill Lynch Derivative products AG
cc)    ML IBK Positions, Inc.
dd)    Merrill Lynch Capital Corporation


Respectfully Submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3766 - Telecopier

By: _____
    Francisco J. Zabarte
    State Bar No. 22235300
    Federal Bar No. 10747
Attorney for Defendant Valley Trucking
Company, Inc.

MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone:    (205) 254-1096
Facsimile:    (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the _9th_ day of February, 2004, served a copy of the above and foregoing pleading on all parties to this proceeding by U.S. Mail to:

Valerie R. Esparza, Esq.
P. O. Box 369
Harlingen, Texas 78551-0369

Francisco J. Zabarte

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

Francisco J. Zabarte