IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FEB 0 9 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL MEZMAR, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-220 |
| | § | |
| MERRILL LYNCH & CO., INC. | § | |
| | § | |
| Defendant | § | |

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE AND APPEAR AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Carole G. Miller, and files this Motion to Appear Pro Hac Vice and respectfully states as follows:

I.

Carole G. Miller is a duly licensed and practicing attorney at the law firm of Maynard, Cooper & Gale, P.C., 1901 6th Avenue, North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203, telephone number (205) 254-1096, admitted to practice by the State of Alabama, and a member of the United States District Court, for the District of Alabama. Her state bar number is ABS 7242 M71C and she is in good standing.

II.

Movant hereby respectfully requests leave to appear as attorney for MERRILL LYNCH, PIERCE, FENNER & SMITH INC., Defendant in the above entitled and numbered cause.

III.

Movant would request this Court to allow Movant to appear as counsel with Francisco J. Zabarte, of Sanchez, Whittington, Janis & Zabarte LLP as co-counsel.

WHEREFORE, premises considered, Movant prays that this motion be granted.

Respectfully submitted,

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama  35203
Telephone:   (205) 254-1096
Facsimile:    (205) 254-1999

By: _____
Carole G. Miller
State Bar No. ASB 7242 M71C
Federal Bar No. GOLIC7242

### Certificate of Non-Opposition

I hereby certify that I spoke with Plaintiff's attorney, Ms. Valerie R. Esparza, on or about the __5__ day of February, 2004 and she is unopposed to this Motion.

_____
Carole G. Miller

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing instrument was provided to the following:

Ms. Valerie R. Esparza
P. O. Box 369
Harlingen, Texas 78551-0369

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 N. Expressway 83
Brownsville, Texas 78521

by Fax and U. S. Certified Mail, Return Receipt Requested, on the __9__ day of February 2004.

                                                    Carole G. Miller