IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL MEZMAR, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-220 |
| | § | |
| MERRILL LYNCH & CO., INC. | § | |
| | § | |
| Defendant | § | |

### ORDER GRANTING UNOPPOSED MOTION TO APPEAR PRO HAC VICE AND APPEAR AS CO-COUNSEL

Came to be considered the Unopposed Motion for Attorney Carole G. Miller to Appear Pro Hac Vice in the above-styled and numbered cause, and the Court having considered said motion is of the opinion it should be GRANTED. It is therefore,

ORDERED, that Carole G. Miller be and is hereby granted leave to appear as attorney for MERRILL LYNCH, PIERCE, FENNER & SMITH INC., Defendant in the above entitled and numbered cause. It is further,

ORDERED, that Carole G. Miller be and is hereby allowed to appear as counsel with Francisco J. Zabarte, as co-counsel for Defendant.

Date: March 24, 2004

UNITED STATES DISTRICT JUDGE