# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 04 — 26 — 04 |
| TIME | ☐ a.m.  2:35 p.m.  —  ☐ a.m.  2:48 p.m. |
| CIVIL ACTION | B — 03 — 220 |
| STYLE | MICHAEL MEZMAR<br>*versus*<br>MERRILL LYNCH, ET AL |



United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):            Valerie Esparza
Attorney(s) for Defendant(s):            Francisco Zabarte

---

Comments:

No pending motions.

Court went through claims:

- A cap may apply to the damages under the ADA according to defendant.
- Pl was w/ Merrill Lynch for four years before termination. He was diagnosed w/ Essential Tremor Disorder and Tourette's in July 2001. Terminated in June 2002. Symptoms seemed to be getting progressively worse.
- Age discrimination: Pl is 44 years old. Younger person was hired to replace him.
- Pl was a financial advisor who met w/ clients throughout the Valley. He put on presentations.

Scheduling order will be entered.