| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
MAY 1 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

MICHAEL MEZMAR §

vs. § Civil Action No. B-03-220

MERRILL LYNCH, ETAL §

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-6__ days.                ☐ Bench   ■ Jury

2. New parties must be joined by:                                    __5/28/2004__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __11/1/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                   __2/28/2005__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention
   by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                             __3/28/2005__

7. Joint pretrial order is due:                                      __6/22/2005__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __7/7/2005__

9. Jury Selection is set for 9:00 a.m. on:                           __7/11/2005__
   *(The case will remain on standby until tried)*

Signed __May 18_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge