14

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| MICHAEL MEZMAR, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NUMBER: |
| | § B-03-220 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC. | § |
| Defendant. | § |

## ORDER GRANTING AGREED MOTION FOR PROTECTIVE ORDER

Came to be considered the Agreed Motion for Protective Order for Plaintiff and Defendant in the above-styled and numbered cause, and the Court having considered said motion is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Agreed Motion for Protective Order and that the Confidentiality Agreement and Protective Order attached is hereby GRANTED.

Date: August 26, 2004

_____
UNITED STATES DISTRICT JUDGE