| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

MICHAEL MEZMAR §
§
versus § CIVIL ACTION NO. B-03-220
§
MERRILL LYNCH, ET AL §

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:   **June 29, 2005**

2. Jury selection is reset for 9:00 a.m. on:   **July 6, 2005**
   *The case will remain on standby until tried.*

3. Joint Pretrial Order is due:   **June 15, 2005**

Signed _April 26_, 2005 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge