IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL MEZMAR | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-220 |
| | § | |
| MERRILL LYNCH & CO., INC. | § | |

## JOINT MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, MICHAEL MEZMAR, Plaintiff, and MERRILL LYNCH & CO., INC., Defendant and file this their Joint Motion for Dismissal, and in support thereof would respectfully show unto the Court the following:

I

Plaintiff and Defendant have been able to compromise and settle all matters of controversy in this matter. As a result of the settlement, there is no longer any necessity for the continued litigation of the above-styled and numbered cause.

Movants would therefore request that this Court dismiss the above-styled and numbered cause with prejudice against all parties to file any same or similar suit, with court costs being assessed against the party incurring same.

Respectfully submitted,

**THE ESPARZA LAW FIRM, P.C.**
P.O. Box 369
Harlingen, Texas 78551-0369
(956) 341-7933

By:_____
Valerie R. Esparza
State Bar No. 24002059
Federal Admissions #23621

**ATTORNEY FOR PLAINTIFF**