United States District Court
Southern District of Texas
ENTERED

JUN 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL MEZMAR §
§
vs. § CIVIL ACTION NO. B-03-220
§
MERRILL LYNCH & CO., INC. §

## JOINT ORDER OF DISMISSAL

THIS COURT having been advised that the above-styled and numbered cause has been compromised and settled as between MICHAEL MEZMAR, Plaintiff, and Defendant, MERRILL LYNCH & CO., and that there is no further need for litigation of this matter as between Plaintiff and Defendant, it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed with prejudice against all parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this 16 day of June, 2005

U.S. DISTRICT JUDGE PRESIDING

Copies to:

Valerie R. Esparza
P.O. Box 369
Harlingen, Texas 78551-0369

Francisco J. Zabarte
Sanchez, Whittington, Zabarte & WOOD, L.L.C.
100 N. Expressway 83
Brownsville, Texas 78521

Carole G. Miller
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

L:\D20\20710\Mtns\order for dismissal.wpd                                                                                                        Page 1